OFFICE OF DISCIPLINARY COUNSEL v. O'NEILL.

[Cite as Disciplinary Counsel v. O'Neill (1988), 39 Ohio St. 3d 337.]

(No. D.D. 88-13—Submitted September 8, 1988—Decided November 16, 1988.)

*J. Warren Bettis,* disciplinary counsel, and *Mark H. Aultman,* for relator.

*Anthony G. Ellis,* for respondent.

*Per Curiam.* The record substantiates that respondent violated DR 1-102(A)(3) and 1-102(A)(4). Accordingly, we concur in the board's findings and its recommendation. Respondent is hereby ordered indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.